JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.E.E., LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OREGON MUTUAL INSURANCE COMPANY, and Does 1-30, inclusive,<br><br>　　　　　Defendants. | Case No. 8:22-CV-00899-DOC-JDE<br><br>[Orange County Superior Court Case No. 30-2022-01251226-CU-BC-CJC]<br><br>**ORDER ON STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(II)]** |

/ / /

/ / /

/ / /

/ / /

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 23, 2023

_____
DAVID O. CARTER
United States District Judge